UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
FORT MYERS DIVISION

NORTHFIELD INSURANCE COMPANY            CASE NO: 2:19-cv-00482

V.

AYYAD BROTHERS ENTERPRISES,
LLC D/B/A FLY LOUNGE,
COLONIAL OMNI REALTY, LLC,
AND IMC EQUITY GROUP A/K/A
I.M.C. PROPERTY MANAGEMENT
AND MAINTENANCE, INC.
_____/

**JOINT MOTION OF NORTHFIELD INSURANCE COMPANY,
COLONIAL OMNI REALTY, LLC, AND IMC EQUITY GROUP
A/K/A I.M.C. PROPERTY MANAGEMENT AND MAINTENANCE, INC.
FOR ENTRY OF CONSENT ORDER ON NORTHFIELD INSURANCE
COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Northfield Insurance Company ("Northfield) and Defendants Colonial Omni Realty, LLC ("Colonial") and IMC Equity Group a/k/a I.M.C. Property Management and Maintenance, Inc. ("IMC"), jointly move this Court for entry of a Consent Order on Northfield's Motion for Summary Judgment (Doc. 32) in the form attached hereto, and in support thereof represent:

1. Northfield filed its Motion for Summary Judgment on November 26, 2019 (Doc. 32).

2. Defendants Colonial and IMC filed their Response in Opposition to Plaintiff's Motion for Summary Judgment on December 10, 2019 (Doc. 34).

3. On February 3, 2020, the Court entered an Opinion and Order granting in part and denying in part, without prejudice, the Motion (Doc. 35).

4. Northfield, Colonial and IMC have reached an agreement between them and consent to the entry of the attached Order with regarding to Counts I and II of the Amended Complaint, as to which the Motion was denied without prejudice.

WHEREFORE, Northfield, Colonial and IMC request the Court enter the Consent Order on Northfield Insurance Company's Motion for Summary Judgment attached hereto.

| | |
|---|---|
| */s/Yasmine Kirollos* | */s/ Alberta L. Adams* |
| YASMINE KIROLLOS | ALBERTA L. ADAMS |
| Florida Bar No. 0110380 | Florida Bar No. 80063 |
| ykirollos@conroysimberg.com | aadams@mpdlegal.com |
| 4315 Metro Parkway, Ste 250 | 100 North Tampa St., Suite 3700 |
| Fort Myers, FL 33916 | Tampa, FL 33602 |
| (239) 337-1101 | (813) 229-3500 |
| | (813) 229-3502 (FAX) |
| *Counsel for Colonial Omni Realty, LLC and IMC Equity Group* | *Counsel for Northfield Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provided electronic notice to all counsel of record, and mailed the foregoing via first-class mail, postage prepaid, to:

Ayyad Brothers Enterprises LLC
d/b/a Fly Lounge

c/o Haytham M. Ayyad, Registered Agent
12841 Oakpointe Cir
Fort Myers, FL 33912-1494

*/s/ Alberta L. Adams*
Attorney